HURLOCK v. MAKEEVER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by George D. Hurlock against Sanford Makeever. No opinion. Motion denied, with $10 costs. Settle order on notice.

IMPROVED PROPERTY HOLDING CO. OF NEW YORK v. WEXLER. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Appeal from Special Term, New York County. Action by the Improved Property Holding Company of New York against Bernhard Wexler. From an order granting an injunction pendente lite, defendant appealed. Reversed. Nathan Burkan, for appellant. George Hahn, for respondent.

PER CURIAM. We do not think that, upon the covenant and the facts presented, there was a case for a preliminary injunction. Without intimating an opinion as to what disposition the court should make upon the trial, we think the order appealed from should be reversed, with $10 costs and disbursements, and the motion for a preliminary injunction denied, with $10 costs.

IRVING et al., Appellants, v. ROYAL EXCHANGE ASSURANCE OF LONDON, Respondent. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by Alexander D. Irving and others against the Royal Exchange Assurance of London. G. A. Strong, for appellants. E. Riebenold, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

IRWIN, Respondent, v. GRAND TRUNK RY. CO. OF CANADA, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1909.) Action by William F. Irwin, as administrator, etc., against the Grand Trunk Railway Company of Canada. No opinion. Motion for reargument denied, with $10 costs.

JABURG v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by John Jaburg against the Haserot Canneries Company. No opinion. Motion granted on terms indicated in memorandum per Curiam. Settle order on notice.

JACKSON v. ERKINS. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by Marie L. Jackson against Henry M. Erkins. No opinion. Motion granted, upon appellant filing the documents specified in the moving papers with the clerk of this court, to be held by the clerk pending the appeal. Settle order on notice.

JACOBS, Appellant, v. FEINSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Lewis J. Jacobs against James Feinstein and others. No opinion. Motion granted, without costs.

JEFFERSON BANK, Respondent, v. ROSENTHAL et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by the Jefferson Bank against Jacob Rosenthal and others. F. Wiener, for appellants. I. M. Wormser, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JERMYN, Respondent, v. DELAWARE & E. RY. CO., Appellant. HOLMES v. SAME (two cases). (Supreme Court, Appellate Division, First Department. February 5, 1909.) Actions by Joseph J. Jermyn and Joseph H. Holmes against the Delaware & Eastern Railway Company. M. Hare, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements in each case. Orders filed.

JOCKER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Charles Jocker against the Brooklyn Heights Railroad Company.

PER CURIAM. We think the judgment must be reversed for the failure of the plaintiff to give any evidence that showed or tended to show the exercise of due care upon his part to avoid the accident. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

JOHN BOYLE & CO., Inc., Respondent, v. BOYLE et al., Appellants. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Action by John Boyle & Co., Incorporated, against Phoebe A. D. Boyle and another. D. McCurdy, for appellants. C. Strauss, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONAP v. PREGER et al. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Action by David Jonap against Abraham Preger and another. With this case has been consolidated in this court cases bearing titles as follows: Geo. A. Carroll v. Joseph P. Farley; People v. Steers & Menke; People v. Alexander Paul; James Corcoran v. Thomas Kelly; Abe Brill v. Metropolitan Surety Company. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed. See, also, 59 Misc. Rep. 187, 110 N. Y. Supp. 483; 113 N. Y. Supp. 476, 478, 486, 519, 686.

JONASSON v. WEIR. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Action by Joseph Jonasson against Levi C. Weir. No opinion. Motion denied, with $10 costs. Order filed.

JONES, Respondent, v. OOT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 19, 1909.) Action by Frank Jones against Albert Oot. No opinion. Motion to dismiss appeal granted.